AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS
PENSION, HEALTH AND WELFARE, AND DEFERRED SAVINGS
PLAN TRUST FUNDS
    Plaintiffs,

V.

ESPINOZA DECORATING, INC.,
AN ILLINOIS CORPORATION AND RUBEN
ESPINOZA, INDIVIDUALLY
    Defendant.

CASE NUMBER:

ASSIGNED JUDGE: **08 C 1304**

DESIGNATED **JUDGE HIBBLER**
MAGISTRATE JUDGE: **MAGISTRATE JUDGE BROWN**

TO: (Name and address of Defendant)

RUBEN ESPINOZA
2231 N. ROCKWELL
CHICAGO, IL 60647

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 WEST JACKSON BLVD., SUITE 300
CHICAGO, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

March 4, 2008
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE MARCH 12, 2008 AT 6:30 PM |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* SCOTT POGUIS | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. AT 2231 NORTH ROCKWELL AVENUE, CHICAGO, IL 60647
Name of person with whom the summons and complaint were left: JUAN ESPINOZA (BROTHER) HE CAN BE DESCRIBED AS A M/H, 40 YEARS OF AGE, SOME FACIAL HAIR

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/12/08
            *Date*              *Signature of Server*

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.