IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al,<br>    Plaintiffs,<br><br>vs.<br><br>ESPINOZA DECORATING, INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>)  Case No. 08 C 1304<br>)  Judge Hibbler<br>)<br>)<br>)<br>) |

### NOTICE OF DISMISSAL

Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, JAMES R. ANDERSON, ATTHONY B. SANDERS and ARNOLD AND KADJAN, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), voluntarily dismiss this action without prejudice and represent that the Defendant has not served an Answer or Motion for Summary Judgment.

                              S/James R. Anderson
                         By:  One of Plaintiffs' Attorneys

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604