IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al, | ) ) |
| Plaintiffs, | ) No.  08 c 1304 ) |
| v. | ) Judge Hibbler ) |
| ESPINOZA DECORATING, INC., | ) ) |
| Defendants. | ) |

## NOTICE OF FILING

TO:   Ruben Espinoza
      2231 N. Rockwell
      Chicago, IL 60647

**PLEASE TAKE NOTICE** that on June 2, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, Notice of Dismissal for the Plaintiffs, Trustees of the Chicago Painters and Decorators Pension Fund, et al., copies of which are attached hereto and hereby served upon you.

Respectfully submitted,

**TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al.**

By: s/ James R. Anderson
      One of their Attorneys

JAMES R. ANDERSON
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604
(312) 236-0415

## CERTIFICATE OF SERVICE

      I hereby certify that on June 2, 2008 I electronically filed the foregoing Notice of Filing and Notice of Dismissal with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

          Rubin Espinoza
          2231 N. Rockwell
          Chicago, IL 60647

          **s/James R. Anderson**
          ARNOLD AND KADJAN
          19 W. Jackson Blvd., Suite 300
          Chicago, IL 60604
          Telephone No.: (312) 236-0415
          Facsimile No.: (312) 341-0438
          Dated: June 2, 2008